IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ANTONIO DEMETRIUIS WILSON, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>THEODIS BECK, Secretary of )<br>the Department of Correction, )<br>)<br>Respondent. ) | 1:06CV788 |

**O-R-D-E-R**

On December 21, 2006, in accordance with 28 U.S.C. § 636(b), the Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in this action and a copy was given to the court.

Within the time limitation set forth in the statute, Petitioner objected to the Recommendation.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS HEREBY ORDERED** that Respondent's motion to dismiss on statute of limitations grounds [Pleading No. 4] be **GRANTED**, that Petitioner's writ of habeas corpus [Pleading No. 1] be **DENIED**, and that this action be dismissed with

prejudice. Finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued.

This the 30th day of January, 2007.

                                              _____
                                                     United States District Judge

January 30, 2007

2

Case 1:06-cv-00788-JAB-WWD   Document 12   Filed 01/30/07   Page 2 of 2